IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:03-cr-48-SPM-AK

ENRIQUE MALDONADO PINEDA,

    Defendant.
_____/

**O R D E R**

This cause is before the Court on Defendant's motion for expeditious ruling. Doc. 293. Having carefully considered the matter, the Court finds the motion is not well taken, and it is **DENIED**. Defendant's motion to vacate is presently twelfth in line for decision behind other older motions to vacate and petitions for writs of habeas corpus. He has stated no grounds for why his case should be moved ahead of those older cases, and his motion will be decided in due course.

    **DONE AND ORDERED** this 19th day of March, 2009.

        S/ A Kornblum
        **ALLAN KORNBLUM**
        **UNITED STATES MAGISTRATE JUDGE**