IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                           CASE NO. 1:03cr48-SPM/GRJ

ENRIQUE MALDONADO PINEDA,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 327) dated January 26, 2011. Defendant was furnished a copy, and has filed objections (doc. 329).

Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation should be adopted. The Court agrees with the Magistrate Judge's analysis. Defendant has not shown deficient performance or prejudice from Mr. Edwards' representation. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The report and recommendation (doc. 327) is adopted and incorporated by reference in this order.

2. The § 2255 motion to vacate (doc. 287) is denied.

3. The Court will not issue a certificate of appealability because Defendant has failed to make a substantial showing of the denial of a constitutional right.

DONE AND ORDERED this 16th day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge